# THE STATE OF NEW HAMPSHIRE

## SUPREME COURT

**In Case No. 2019-0295, <u>Joseph Sanders Haas, Jr. v. City of Nashua & a.</u>, the court on October 25, 2019, issued the following order:**

Having considered the briefs, the memorandum of law, and the record submitted on appeal, we conclude that oral argument is unnecessary in this case. <u>See</u> <u>Sup. Ct. R.</u> 18(1). We affirm.

The plaintiff, Joseph Sanders Haas, Jr., appeals an order of the Superior Court (<u>Colburn</u>, J.) dismissing his small claim against the defendants, McLaughlin Transportation Systems, Inc. (McLaughlin) and the City of Nashua, for failure to state a claim. We construe his brief to argue that: (1) excluding him from a public auction held on McLaughlin's private property violated his rights because the auction was open to the public; and (2) because city police officers, on a private detail, excluded him from McLaughlin's private property, the city also violated his rights.

As the appealing party, the plaintiff has the burden of demonstrating reversible error. <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014). Based upon our review of the trial court's well-reasoned order, the plaintiff's challenges to it, the relevant law, and the record submitted on appeal, we conclude that the plaintiff has not demonstrated reversible error. <u>See</u> <u>id.</u>

<u>Affirmed</u>.

Hicks, Bassett, and Donovan, JJ., concurred.

**Eileen Fox,
Clerk**
